**Dr. John W. CAIN, Appellant,**

v.

**MISSOURI STATE BOARD OF PODIATRY MEDICINE, Respondent.**

**No. WD 47935.**

Missouri Court of Appeals, Western District.

Jan. 25, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 1, 1994.

Application to Transfer Denied April 26, 1994.

Dr. John W. Cain, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barry Gilbert, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from trial court's dismissal of petition alleging that Missouri State Board of Podiatry Medicine violated the provisions of sections 610.010 to 610.026, RSMo Supp.1992, relating to open meetings and records.

Judgment affirmed. Rule 84.16(b).